IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKEY BROOKS**                                                                          **PETITIONER**
**ADC #108335**

**v.**            **CASE NO.: 5:11CV00113-SWW-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                  **RESPONDENT**

## JUDGMENT

Rickey Brooks's petition for writ of habeas corpus (docket entry #2) is dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

IT IS SO ORDERED THIS 30TH DAY OF JUNE, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE